UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                              :
DAVID MARTIN HABER,                                           :
                                                              :        ORDER
                              Plaintiff,                      :        19 Civ. 11105 (VEC) (GWG)
                                                              :
        -v.-                                                  :
                                                              :
                                                              :
Credit One Bank, National Association, et al.,                :
                                                              :
                              Defendants.                     :
----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The pro se plaintiff in this matter has made an application for the Court to request

counsel (see Docket # 52 ).  Applying the factors set forth in Cooper v. A. Sargenti Co., 877 F.2d

170 (2d Cir. 1989), the Court denies the request on the ground that the application together with

the other papers filed in this action do not at this time demonstrate that plaintiff's claim warrants

the appointment of counsel. The Court will seek the appointment of counsel without further

request by plaintiff if future review of this matter demonstrates that the appointment of counsel

is appropriate.

        Defendants (either or both) are directed to mail a copy of this Order to plaintiff and file

proof of service thereof.  If they are unable to do so, they shall inform he Court promptly by

letter filed on ECF.

        SO ORDERED.

Dated:  August 5, 2020
        New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge