## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAVID MARTIN HABER,

                Plaintiff,                  19 **CIVIL** 11105 (VEC)

      -against-                          **JUDGMENT**

CREDIT SESAME and CREDIT ONE BANK, N.A.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 19, 2021, this Court has ADOPTED the R&R in its entirety. Defendants' motions to dismiss are GRANTED. The Court declined to extend Plaintiff leave to amend his complaint. Because the R&R gave the parties adequate warning, see R&R at 11-12, Plaintiff's failure to file adequate and specific objections to the R&R precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008); Mario, 313 F.3d at 766. Further, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a non-frivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
        January 19, 2021

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**    *K. Mango*

                                                      **Deputy Clerk**